**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Central District of California, Los Angeles Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ANTARA BIOSCIENCE INC.,** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  20-4305487 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>9924 Reseda Boulevard<br><br>Northridge, CA                                91324 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 11837<br>Honolulu, Hawaii                              96828 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incured by an individual primarily for a personal, family, or household purpose.
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owned to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s):  ANTARA BIOSCIENCE INC. |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.)** |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)** |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**  N/A |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /s/GlennWard Calsada, Esq. SBN134589    06/09/10<br>    Glenn Ward Calsada, Esqw.                        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.    Business inactive. This District is place of dissolution of corporation.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgement for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B1 (Official Form 1) (4/10) — Page 3

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): ANTARA BIOSCIENCE INC. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Glenn Ward Calsada
Signature of Attorney
Glenn Ward Calsada, Esq.
Printed Name of Attorney for Debtor(s)
Law Offices of Glenn Ward Calsada
Firm Name
9924 Reseda Boulevard
Address
Northridge, CA 91324

(818)477-0514
Telephone Number
060910
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notice and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

/s/ Dana Ichinotsubo
Signature of Authorized Individual
Dana Ichinotsubo
Printed Name of Authorized Individual
President of Antara Bioscience, Inc.
Title of Authorized Individual
060910
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Glenn Ward Calsada, Esq., SBN 134569<br>Law Offices of Glenn Ward Calsada    (213) 413-0048<br>9924 Reseda Boulevard    (213) 413-4264<br>Northridge, CA 91324<br><br>☒ Attorney for: Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Antara Bioscience, Inc.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists        Date Filed: 060910
☒ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: 060910
☒ Other: _____        Date Filed: 060910

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_[signature]_____        060910
Signature of Authorized Signatory of Filing Party        Date

Dana Ichinotsubo
Printed Name of Authorized Signatory of Filing Party

President of Antara Bioscience, Inc.
Title of Authorized Signatory of Filing Party

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_[signature]_____        060910
Signature of Attorney for Filing Party        Date

Glenn Ward Calsada, Esq.
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

CORPORATE RESOLUTION
AUTHORIZATION THE FILING OF BANKRUPTCY
UNDER CHAPTER 7

Dana Ichinotsubo, the undersigned, of 500 Ala Moana Blvd., Suite 3-499, Honolulu, Hawaii, 96813, certifies that he is the President of Antara Bioscience, Inc., a corporation organized under the laws of Delaware, previously having its principal office at 2375 Garcia Avenue, Mountain View, California 94043 and now winding up its affairs at the Law Offices of Glenn Ward Calsada, 9924 Reseda Boulevard, Northridge, CA 91324. I further certify that the following is a true copy of a resolution duly adopted by the remaining board of directors of Antara Bioscience, Inc. at a meeting held by them on May 24, 2010, and a quorum was present; and this resolution has not been rescinded or modified.

Resolved, that Dana Ichinotsubo, President of Antara Bioscience, Inc., be and it is hereby authorized to file a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code, and further authorized to negotiate on behalf of Antara Bioscience, Inc. for any and all proceeding associated with such Bankruptcy filing. Payment for the attorney fees, costs and expenses for such bankruptcy filing shall be the responsibility of Antara Bioscience, Inc. and Dana Ichinotsubo.

The undersigned further certifies that there is no provision in the articles of incorporation or the bylaws of Antara Bioscience, Inc. limiting the power of the board of directors to pass the resolution described above and that the resolution is in conformity with the provisions of the articles of incorporation and the bylaws.

Dated: May 24, 2010

Antara Bioscience, Inc.

*[signature]*

Dana Ichinotsubo, President

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Glenn Ward Calsada, Esq. SBN 134589<br>9924 Reseda Boulevard<br>Northridge, CA 91324<br>Tel. (818)477-0314 / Fax (818)473-4277<br>email: glenn@calsadalaw.com<br>☑ Attorney for: Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br>Antara Bioscience, Inc<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER: 7 |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, Dana Ichinotsubo, the undersigned in the above-captioned case, hereby declare
(Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☑ I am the president or other officer or an authorized agent of the debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the debtor corporation

2. a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

  b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____   SIGN HERE  06/09/10
Signature of Attorney or Declarant        Date

Dana Ichinotsubo
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
April 2007

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

Dated 060910

_Debtor_ Dana Ichinotsubo, President of Antara Bioscience, Inc

_Joint Debtor_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

**F 1015-2.1**

In Re:    ANTARA BIOSCIENCE INC.                    Case No. _____
         **Debtor**                                         (if known)

# UNITED STATES BANKRUPTCY COURT
## Central District of California, Los Angeles Division

**STATEMENT**
**Pursuant to Rule 2016(b)**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 7500 |
   | Prior to the filing of this statement I have received | $ | 7500 |
   | Amount of filing fee in this case paid | $ | 299 |
   | Balance Due | $ | 0 |

2. The source of the compensation paid to me was:
   ☒ Debtor(s)    ☐ Other    (Specify: )

3. The source of the compensation to be paid to me is:
   ☒ Debtor(s)    ☐ Other    (Specify: )

4. ☒ I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   ☒ Analysis of the debtor(s) financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy under title 11 of the United States Code.
   ☒ Preparation and filing of any petition, schedules, statements, and plan which may be required.
   ☒ Representation of the debtor(s) at the meeting of creditors.
   ☐ Negotiation of reaffirmation or surrender of secured collateral.
   ☒ Per Retainer Agreement
   ☐

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   Per Retainer Agreement

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

060910                                    X _____
Date                                      Signature of Attorney

# UNITED STATES BANKRUPTCY COURT
## Central District of California, Los Angeles Division

In Re:   ANTARA BIOSCIENCE INC.                          Case No: _____
                        **Debtor**                                    (if known)

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (only one option may be selected per form):

- ☒ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct.

_060910_
Date

_____
Signature of Attorney
Glenn Ward Calsada

_____
**Signature of Debtor**
Dana Ichinotsubo, President of
Antara Bioscience, Inc

_____
**Signature of Joint Debtor**

Debtor
Antara BioScience Inc.
9924 Reseda Boulevard
Northridge, CA  91324

Debtor's Attorney
Glenn Ward Calsada, Esq
9924 Reseda Boulevard
Northridge, CA  91324

U.S. Trustee (SV)
21051 Warner Center Lane
Suite 315
Woodland Hill, CA  91367

Antara BioScience Inc.
P.O. Box 11837
Honolulu, Hawaii 96822

Abcam
One Market St. Suite 3600
San Francisco, CA 94105 USA

Acacia Press
386 State Street
Los Altos, CA 94022

Ace Fire
1870 West Bayshore Road
Palo Alto, CA 94303

Attorney Recovery Systems MBA of California
Attn: Joseph P. Graziano, Attorney
18757 Burbank Boulevard, Suite 300
Tarzana, CA 91356

Baker McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304

Benitec
Level 16
356 Collins Street
Melbourne, Victoria, 3000
Australia

Biorad
c/o NCO Financial Systems
PO Box 15630
Dept 23
Wilmington, DE 19850 5630

BioSearch Technologies Inc.
81 Digital Drive
Novato, CA 94949 5728

BioSpace
Ste 640 4100 International Plz
Fort Worth, TX 76109

Bozicevic, Field & Francis LLP
1900 University Avenue, Suite 200
East Palo Alto, CA 94303

Broussard and Associates
131 Northampton Lane
Belmont, CA 94002

Chandramohan V. Ammini
c/o Philip J. Wang, Esq. (110CV167069)
160 Bovet Rd. Ste 310
San Mateo, CA 94402

Charleston Property
3130 Alpine Road #190
Portola Valley, CA 94028

Conductive Technologies
c/o The Commercial Collection Corporation
34 Seymour Street
Tonawada, NY 14150

Cupertino Electric
1132 North 7th Street
San Jose, CA 95112

Delaware Secretary of State
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

East West Equity Partners
500 Ala Moana Blvd. Suite 3 499
Honolulu, Hawaii 96813

E Trade
124 University Avenue
Palo Alto, CA 94301

Four Season Hotel
c/o Allied National Inc.
440 Regency Parkway, Suite 134
Omaha, NE 68114

Global Crossing
60 South Market Street
Suite 720
San Jose, CA 95113

Michael J. Hartley
ALSTON + BIRD, LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071

Invitrogen
5791 Van Allen Way
PO Box 6482
Carlsbad, California 92008

Kloehn Inc. USA
Headquarters
10000 Banburry Cross Drive
Las Vegas, NV 89144

Law Office of Daniel F. S. Lee
926 Maunawili Circle
Kailua, HI 96734

List Biological Laboratories, Inc.
540 Division Street
Campbell, California 95008 6906

Messenger Molding, Inc.
7854 White Fir St.
Reno, Nevada 89523

MorphoSys US Inc.
5605 Carnegie Boulevard, Suite 275
Charlotte North Carolina 28209

Nagashima Ohno & Tsunematsu
Kioicho Bldg, 3 12, Kioicho
Chiyoda ku, Tokyo
102 0094 Japan

Nanostructures
3070 Lawrence Expressway
Santa Clara CA 95051

Nobiltt & Rueland – FDA Consultants
5405 Alton Parkway 5A, #530
Irvine, California 92604-3718

Patton Boggs LLC
2250 M. South NW
Washington, DC 20037

Perforce Software
2320 Blanding Avenue
Alameda, CA 94501

Practising Law (National Credit)

Proven Process Medical Devices
141 Washington Street
East Walpole, MA 02032

Quill
P.O. Box 94080
Palatine, IL 60094 4080

Rosehill & Associates
Attn: Linda Rosehill
1088 Bishop St # 1010
Honolulu, HI 96813 3118

Sigma Aldrich
Customer Service
PO Box 14508
St. Louis, MO 63178

Solulink
9853 Pacific Heights Blvd. Suite H
San Diego, California 92121

Keiichiro Sue, Attorney at Law
Blakemore & Mitsuki
Nittochi Bldg., 4F
4 1, Kasumigaseki 1 choume
Chiyoda ku, Tokyo 100 0013, Japan

Thermo Scientific
Thermo Fisher Scientific
Customer Service Department
P.O. Box 117
Rockford, IL. 61105

Mr. Masami Totani, Attorney
Alpha Partners Law Officer
Kokusai Building 2F
1 1 Marunouchi 3 chome, Chiyoda ku
Tokyo, Japan 100 0005

Case 1:10-bk-16923-KT    Doc 1    Filed 06/09/10    Entered 06/09/10 13:22:58    Desc
Main Document    Page 15 of 15

Turner BioSystems
Sunnyvale Office
645 N. Mary Avenue
Sunnyvale, CA 94085

Vertrans
2296 Mora Dr
Mountain View, CA 94040

VWR
c/o The Commercial Collection Corporation
34 Seymour Street
Tonawada, NY 14150